The fact that these positions were ultimately awarded to other female candidates seriously undermines Thomas' contention that her non-selection was the result of gender discrimination. Thomas contends that the DOL's system of hiring and promotion is not merit-based, but she fails to produce evidentiary support for her contentions. The government presented cogent evidence that the DOL's merit system "was an organized and structured procedure by which employees were evaluated systematically and in accordance with predetermined criteria." *Raymond v. United States*, 31 Fed.Cl. 514, 518 (1994). As the trial court correctly determined, any alleged pay differential fell into the Equal Pay Act's merit system exception. Disposition of her case through summary judgment was therefore appropriate.

Janet A. Gongola, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VI, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

Before MICHEL, Chief Judge,
PLAGER and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

**In re Richard E. WHITTAKER.**

No. 2009–1343.

United States Court of Appeals,
Federal Circuit.

Nov. 5, 2009.

Thomas C. Wettach, Cohen & Grigsby, P.C., of Pittsburgh, PA, argued for appellant. With him on the brief were Christine W. Trebilcock and Alicia M. Passerin.

---

**Carlos A. RAMOS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Homeland Security, Intervenor.**

No. 2009–3126.

United States Court of Appeals,
Federal Circuit.

Nov. 6, 2009.